# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

LaMar Bryan Smalls

v.

(Full name of defendant(s))

Kyle Tritt, Robert Rymarkewitz, CO II Hyster, CO II Echie, CO I Jenny Valencourt, Rob Weinman, Nurse Andrea Bleeker, Nurse Ann Yoork.

Case Number: _____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   Waupun Correctional Institution P.O Box 351 Waupun, WI 53963
   (Address of prison or jail)

2. Defendant Kyle Tritt, Robert Rymarkewitz, CO II Hyster, CO II Echie, CO I Jenny Valencourt, Nurse Andrea Bleeker, Nurse Ann Yoork.
   (Name)

is (if a person or private corporation) a citizen of __Department of Corrections__
   (State, if known)

and (if a person) resides at __200 S. Madison St Waupun, WI 53963__
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Wisconsin Department of Corrections (Waupun Correctional Inst)</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) I LaMar B. Smalls #578796 was confined at the Waupun Correctional Institution, in the segregation (RHU) Restrictive Housing Unit on July 5th, 2022.

(2) I was placed in the upper D-range shower stall #1 at about or around 6:30 pm on 7.4.22 due to being oc sprayed in the main RHU strip cells for a suicide attempt.

(3) At about 12:10 Am on 7.5.22 officer bittner found me hanging from the D-upper shower door by my shirt on oc sprayed me in my face twice while telling me to unhang myself, also calling for other officers to come to upper D-range shower Area.

Complaint – 2

(4) Officers CO III Hysler, CO II Echie, an Captain Tritt came to the upper B-Range shower area where I was, an ordered me to cuff up behind my back in which I fully complied with no resistance.

(5) I was then left in the shower area fully cuffed within the shower cell being opend an walked out under the holds of officers CO II Echie an CO III Hysler with Captain Tritt following right behind me.

(6) I was voicing that I couldn't see an that I was having trouble breathing as we reached the B-Range upper level stairs I voiced I couldn't see due to being OC sprayed I walked down about 3 stairs before again voicing I couldn't see an asked if I could kneel down an scoot down the rest of the stairs cause I couldn't see

(7) As I tried to sit down CO III Hysler, CO II Echie, an Captain Tritt dragged me down the rest of the stairs very aggressively until we were on the main floor of RHU in front of the RHU Bubble

(8) I again voiced I'm having trouble breathing an I couldn't see, after a few steps an now on the side of the RHU Bubble in front of the sargents office I voiced "I'm not resisting" "I can't see", so I began to kneel down At this point CO III Hysler an CO II Echie, began to aggressively an violently grab me an Captain Tritt grabbed my head yanking my head backwards which caused my neck to snap, causing great pain to my neck an limited movement, an also limited my ability to breathe while being dragged to the strip cells.

(9) Once at the strip cage captain tritt slammed my head into the strip cage door which is completely Metel an placed one of his legs in between Mime steppin on my leg shackles. CO III Hysler, an CO II Echie pinned Me to the door. I was then ordered to kneel down so the handcuff could be applied, but expressed that I couldn't due to captain Tritt steppin on the Shackles. Despite the fact captain Tritt was stepping on my leg Restraints the officer did not care an Father directed me to kneel down so CO II Valencourt could apply the tether.

(10) Without any Resistance on my part I tried to kneel, once I tried to move my leg an foot to kneel down captain tritt again grabbed my head violently snapping my head back causing my neck to pop in Multipul Areas Resulting in Prolonged pain in my neck a restricting of my ability to breath while Captain Tritt had my head tightly pulled back in a Hyperextended fashion

(11) While under CO III Hysler, CO II Echie, an captains Tritt's Extream hold the tether was applied by CO II Valencourt an I was then violently pushed into strip cell #2 in RHU while still cuffed/tethered to the door an it is then that captain Tritt Finally lets my head go an the strip cage door was closed.

(12) Nurse Ann York was working during 7.5.22 an was in RHU but never seen me for my injuries. Ann York failed to examine me due captain tritt's order not to see me until a Strip search was conducted

(13) As I continued to voice I was in pain couldn't see an was having trouble breathing officers still refuse to allow me to be seen by Nurse Ann York for my injuries sustained during this incident. Ann York being in the medical field should have told Captain Tritt I needed to be evaluated to ensure nothing was wrong with me but failed to do that.

(14) I was issued a conduct report for this incident, in which I challenged through the (Due Process) proceedings. On the Conduct Report was dismissed

(15) I was seen by nurse Andrea Bleeker on July, 18, 2022 for the pain in my neck stemming from the incident with CO II Echie CO III Hysler, an Captain Tritt, on 7.5.22. 13 days after the incident, but only took my vitals an never properly evaluated me or my neck to see if anything was wrong.

(16) I wrote to Health Services Manager Rob Weinman on 7.14.22 asking to be seen about my neck pain But had to further wait a unknown amount of days/weeks before I was seen by the Advanced Care Provider who in turn prescribed me acetaminophen for the pain in my neck but nothing further than the pain medication.

(17) I filed a Inmate complaint about the incident on 7.5.22 for excessive force against me on 7.29.22 I recieved a copy of a response from the ICE Department saying my complaint was dismissed, but provided to Captain Rymarkewitz to investigate the claims of me saying Captain Tritt, CO III Hysler, an CO II Echie used a unnessacarry amount of excessive force on me, but failed to do so

(18) On 9.23.22 I Recieved a letter from the office of the Secretary for Inmate complaints in Madison, WI saying my Appeal for my Inmate complaint was Dismissed.

(19) I've tried to follow up on the excessive force investigation an to No avail I have gotten all dead ends an have not gotten any proper Medical Attention for my Neck injuries an any other injuries I got from this incident. No adequate Health services were given nor psychiatric help was given either an all Remedies were exhasted to the best of my capabilities as an inmate.

(20) Since this incident I have been is serious pain in my neck an back, an such movement can cause my neck to lock up for minutes at a time.

(21) (Pary V. Nehls, 2018 U.S. District lexis 25633) states that the Defendants are not entitled to "Qualified immunity" due to violating my 1st & 8th Amendments

(22) The defendants Captain Tritt, Captain Rymarkewitz, COIII Hasler CO II Echte, CO II Valencourt, Rob Weinman, A. bleeker, A. York do not qualify for "Qualified Immunity" do to the fact they violated my 8th Amendment by using Excessive force, Cruel and unusal punishment, Deliberate indifference, failure to intervene against me. I Never at any time was being combative, disobeying orders or any directive given by the defendants.

(23) The defendants captain Tritt, C/O II Hester, C/O II Echie went through a lengthy training course prior to have this job as a officer at Waupun Correctional Institution. Which teaches each person on how to deal with situations within the D.O.C institutions, on top of them violating there works rules policy #11, with that the defendants are not entitled to "Qualified immunity" at all.

(24) For the Record I Plaintiff LaMar B. Smalls was never given a directive to stop resisting by any of the named defendants during this incident.

(25) It shall also be recorded to that I LaMar B. Smalls never gave any of the defendants consent to cause bodily harm to me.

(26) To this day I suffer from extream neck an back pain, bruse tissue in my neck, bad headaches, anxiety, PTSD, depression, all which I'll have to endure an deal with for the rest of my life.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff is suing for compensatory damages from the named defendants, due to the fact the defendants showed Deliberate indifference, cruel and unusual punishment, excessive force, & failure to intervene, being in violation of my 1st & 8th Amendments. I seek to sue the defendants under this individual capacity & official capacity. I am asking the courts to grant me under compensatory damages of $500,000.00, an under punitive damages for the sum of $500.00 everyday I suffered in Excruciating pain from the neck an back injuries I got from this incident.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

[X] – YES    [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 19TH day of December 20 22.

Respectfully Submitted,

_____
Signature of Plaintiff

578796
Plaintiff's Prisoner ID Number

Waupun Correctional Institutional P.O. Box 351

Waupun, WI 53963
(Mailing Address of Plaintiff)

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

[ ]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[X]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5